IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUKE MILLS**                                                                 **PLAINTIFF**
**#119075**

**v.**                                          **Case No. 4:23-CV-00703-LPR**

**FAULKNER COUNTY SHERIFF'S**
**DEPARTMENT, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE